COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       George Wood v. Matthew D. Wiggins, Jr.

Appellate case number:    01-18-00630-CV

Trial court case number:   11-CV-0336

Trial court:                      405th District Court of Galveston County

Appellee, Matthew D. Wiggins Jr., has filed a Notice of Parties' Compliance with Second Order of Abatement. This case was abated and remanded to the trial court for a hearing and for the trial court to enter findings of fact and conclusions of law. The trial court clerk has filed two supplemental records, which include the trial court's findings and conclusions. The reporter has also filed two supplemental reporter's records, which include a record of the abatement hearing. Accordingly, we **reinstate** this case on the Court's active docket.

We **order** appellant to file an opening brief within 30 days of the date of this order. TEX. R. APP. P. 38.6(a).

We further **order** appellee to file a responsive brief within 30 days of the filing of appellant's brief. TEX. R. APP. P. 38.6(b).

It is so **ORDERED**.

Judge's signature:    /s/  Evelyn V. Keyes
                    ☑ Acting individually    ☐ Acting for the Court

Date: October 31, 2019